# Third District Court of Appeal

## State of Florida

Opinion filed April 13, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-831
Lower Tribunal No. F10-19926
_____

**Eric Laverne McDade,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before EMAS, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. See Forbes v. State, 269 So. 3d 677, 679 (Fla. 3d DCA 2019) ("Following an evidentiary hearing, we review the denial of a motion for postconviction relief to determine whether competent, substantial evidence supports the postconviction court's findings of fact") (citing Mosley v. State, 209 So. 3d 1248, 1262 (Fla. 2016)); Floyd v. State, 299 So. 3d 594, 596 (Fla. 2d DCA 2020) ("On review of an order denying a postconviction motion following an evidentiary hearing, we defer to the postconviction court's credibility determinations and findings of fact that are supported by competent substantial evidence.")